JENNIFER BELCHER 　　　　　　　　　　 *　　IN THE
125 Nina Ln.
Fruitland, MD 21826　　　　　　　　　　 *　　CIRCUIT COURT

　　　Plaintiff　　　　　　　　　　　　　*　　OF MARYLAND

v.　　　　　　　　　　　　　　　　　　 *　　FOR DORCHESTER COUNTY

WAL-MART STORES EAST, LP　　　　　　 *
s/o: The Corporation Trust, Inc.
2405 York Rd., Ste. 201　　　　　　　　 *　　CASE NO.:
Lutherville-Timonium, MD 21093
　　　　　　　　　　　　　　　　　　　 *
　　　Defendant
　　　　　　　　　　　　　　　　　　　 *

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

### COMPLAINT

Now comes Plaintiff, Jennifer Belcher, by and through her attorney, Justin A. Wallace, Esq., and sues the Defendant, Wal-Mart Stores East, LP (hereinafter "Wal-Mart"), and as reasons therefore states:

### COUNT I

1.　　Plaintiff Belcher resides at 125 Nina Lane in Fruitland, Maryland.

2.　　Defendant Wal-Mart is a corporation organized under the laws of the State of Arkansas and conducting business throughout the State of Maryland, including operation of a retail location located at 2775 Dorchester Square, Cambridge, Maryland.

3.　　On November 6, 2016, Plaintiff Belcher was an invitee of Wal-Mart at Wal-Mart's retail location located at 2775 Dorchester Square in Cambridge, Maryland. The purpose of the visit was for Plaintiff Belcher to purchase consumer items at the Wal-Mart retail location.

4.　　On November 6, 2016, Plaintiff Belcher was a shopper at the aforementioned Wal-Mart retail location when Plaintiff Belcher slipped and fell on an unknown yellow liquid on the floor of Defendant Wal-Mart's retail location. Plaintiff Belcher was not aware of the

presence of the unknown yellow liquid on the floor. Plaintiff Belcher was an invitee of Defendant Wal-Mart. Defendant Wal-Mart had a duty to use reasonable and ordinary care to maintain the premises safely for Plaintiff Belcher, and to protect Plaintiff Belcher against injury caused by an unreasonable risk, which she, by exercising ordinary care, could not discover..

5.      Defendant Wal-Mart, at all times relevant to this Complaint, breached that duty of care owed to Plaintiff Belcher by failing to warn her of the condition of the floor, which Plaintiff Belcher, by exercising ordinary care, could not discover.

6.      As a direct and proximate result of the negligence of the Defendant, Wal-Mart, Plaintiff Belcher has suffered and will continue to suffer in the future, physical injuries, mental anguish and property damage. Plaintiff Belcher has expended and will continue to expend in the future, sums of money for medical care and treatment, medicines, nursing services, physical therapy, and other medical-related attention. All the above damages were directly and proximately caused by the aforementioned negligence of Defendant Wal-Mart and were incurred without contributory negligence on the part of Plaintiff Belcher.

WHEREFORE, Plaintiff Jennifer Belcher demands judgment against Defendant Wal-Mart Stores East, LP, in an amount in excess of SEVENTY-FIVE THOUSAND and NO/100 DOLLARS ($75,000.00) plus costs.

Respectfully submitted,

_Justin A. Wallace – **13270**_
**CPF #: 1512160342**
Law Office of Justin A. Wallace
3635 Old Court Rd., Ste. 201-A
Pikesville, Maryland 21208
(410) 759-8320
justin@jwallacelaw.com
_Attorney for Plaintiff_

| JENNIFER BELCHER | | * | IN THE |
| | | | |
| Plaintiff | | * | CIRCUIT COURT |
| | | | |
| v. | | * | OF MARYLAND FOR |
| | | | |
| WAL-MART STORES EAST, LP | | * | DORCHESTER COUNTY |
| | | | |
| Defendant | | * | |
| | | | |
| | | * | CASE NO.: |
| | | | |
| | | * | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## REQUEST FOR SUMMONS

Dear M. Clerk:

Please issue a Writ of Summons for each Defendant for private service with the Plaintiff's Complaint.

Respectfully submitted,

Justin A. Wallace – **13270**
**CPF #: 1512160342**
Law Office of Justin A. Wallace
3635 Old Court Rd., Ste. 201-A
Pikesville, Maryland 21208
(410) 759-8320
justin@jwallacelaw.com
*Attorney for Plaintiff*